Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05 - 553

| United States District Court | District |
|---|---|

Name (under which you were convicted): Will E. Rogers

Docket or Case No.: 92OC411ODI

Place of Confinement: Delaware Corr. Ctr.

Prisoner No.: 120298

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

Will E. Rogers     v. Thomas Caroll

The Attorney General of the State of   Jane Brady

**FILED**

AUG 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Superior Court of Wilmington Delaware

(b) Criminal docket or case number (if you know): 92OO411OODI

2. (a) Date of the judgment of conviction (if you know): January 20, 1993

(b) Date of sentencing: ~~January 20, 1993~~ April 19, 1994

3. Length of sentence: 36 Years

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐ No ☒

5. Identify all crimes of which you were convicted and sentenced in this case: 5 Counts
of Robbery 1st, 2 Counts of Robbery 2nd
3 Counts of Assault 2nd

6. (a) What was your plea? (Check one)

    (1)    Not guilty ☐        (3)    Nolo contendere (no contest) ☐

    (2)    Guilty ☒        (4)    Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
charge, what did you plead guilty to and what did you plead not guilty to? Plea guilty
to 5 counts of Robbery 1st, 2 counts of Robbery
2nd, 3 counts of Assault 2nd / Remainding
charges were N/P

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ❑      Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ❑  No ☑

8. Did you appeal from the judgment of conviction?

    Yes ❑  No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?  Yes ❑  No ❑

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

    _____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    _____

    _____

    _____

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑  No ❑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

Page 4

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions,

applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Superior Court of Wilm, De.w.

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): March 14, 1994

(4) Nature of the proceeding: Rule #61

(5) Grounds raised: Incompr.Tent To Stand Trial

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?    Yes ☐ No ☑

(7) Result: Rule #61 was denied

(8) Date of result (if you know): December 17, 1992

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:     Yes ❑    No ❑

(2)  Second petition:    Yes ❑    No ❑

(3)  Third petition:     Yes ❑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violation of due process and Fifth Amendment Violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was improperly denied a fair and conscientious hearing to determine his competence, when his psychologist kept asking him about his co-dependent during his examination at the State hospital.

(b) If you did not exhaust your state remedies on Ground One, explain why: Petitioner is diagnosed Incompetent, a paranoid schizophrenic, and has no ability to coordy or articulate these matters

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Petitioner is diagnosed a paranoid schizophrenic

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☐    No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Page 7

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

  Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

  Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❑    No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: Violation of Fifth (5th) and
Sixth (6th) Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was being video Taped while
being interrogated without his know-
ledge or consent. Later this same video
was used to impeach petitioner during

Page 8

his competency hearing petitioner
was not advised of his Miranda rights
nor advised to have an attorney present.

(b) If you did not exhaust your state remedies on Ground Two, explain why: This reme-
dy was denied

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Petitioner is
A diagnosed Paranoid schizophrenic

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑   No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Page 9

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

GROUND THREE: Abuse of Discretion

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge Abuse discretion when he failed to allow petitioner to withdraw his plea when petitioner had suffici-ent evidence to support withdraw-

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: This reme-dies was denied-

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❑  No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (3) Did you receive a hearing on your motion or petition?

      Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

      Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

    _____

    _____

    _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel made no challenge concerning the violation of petitioner's rights. Counsel did not Challenge the trial petitioner. As the endorsement of Competency. Counsel made no investigation into petitioner's Long History of Mental problems.

(b) If you did not exhaust your state remedies on Ground Four, explain why: This was also Denied.

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑✓

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❑    No ❑✓

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ❑   No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ❑   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❑    No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ___Raymond CTLocuski, Esq___

(b) At arraignment and plea: ___Raymond OTLoenski Esq___

(c) At trial: _____

(d) At sentencing: ___Raymond CTLoenski Esq___

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑    No ☑

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ~~Yes~~ ~~No~~ Answer is no

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* After reviewing of the pleading And the Manner in which these pleading were conducted, it's evidental that petitioner had no sufficient understng of the proceedinas.

In fact two years later petitioner was transfered to Delaware County Prison and was ordered to be evaluated by the Delaware County Psychiatric (October 23, 1995) and was founded to be suffering from paranoia and a Schizophrenic by a State Psychiatric.

because petitioner is unable to address these matters and can not afford an attorney, And have been on a number of medications he has not been able to find someone to help him with his litigation.

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _A retrospec-_
_tive hearing on a recate of his_
_Sentence_

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
X _Will Rogers_ (month, date, year).

Executed (signed) on _____ (date).

X _Will Rogers_
Signature of Petitioner

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the
expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in
violation of the Constitution or laws of the United States is removed, if the applicant was
prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the
Supreme Court, if the right has been newly recognized by the Supreme Court and made
retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral
review with respect to the pertinent judgment or claim is pending shall not be counted toward
any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

INM Will E. Rogers

SBI# 120298 UNIT #9-BL5

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, WILMINGTON, DE 19850

WILMINGTON

JUL 29 2005

U.S.M.S
RAW

U.S. District Court Clerk

Lockbox #18

Boggs Federal Building

844 King Street

Wilmington, DE 19801